AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-00230-LAP |
| JOHN DOE subscriber IP address 50.74.35.59 | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JOHN DOE subscriber assigned IP address 50.74.35.59

Date: 05/10/2018

*/s/ Paul P. De Fiore*
*Attorney's signature*

PAUL P. DE FIORE - PD3647
*Printed name and bar number*

25-20 39TH AVE, LONG ISLAND CITY, NY 11101
*Address*

PDEFIORE@UTOG.COM
*E-mail address*

(718) 943-4803
*Telephone number*

(718) 943-4831
*FAX number*